J-S44026-19

NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| RICKEY DAVIS | : | |
| | : | |
| Appellant | : | No. 263 WDA 2019 |

Appeal from the Judgment of Sentence Entered February 4, 2019
In the Court of Common Pleas of Allegheny County Criminal Division at
No(s): CP-02-CR-0007038-2018

BEFORE: SHOGAN, J., McLAUGHLIN, J., and FORD ELLIOTT, P.J.E.

JUDGMENT ORDER BY McLAUGHLIN, J.: FILED FEBRUARY 24, 2020

Before us is Rickey Davis's timely appeal of the judgment of sentence imposed on his conviction for Driving Under the Influence of Alcohol or a Controlled Substance.[1] We affirm.

We initially remanded to the trial court because the certified record did not demonstrate that Davis had knowingly, intelligently, and voluntarily waived his right to counsel. The trial court on remand clarified that although it had colloquied Davis before trial and confirmed that Davis's waiver was proper, no transcript of that proceeding exists. The court therefore conducted an evidentiary hearing and determined that Davis's waiver was knowing, intelligent, and voluntary. See Trial Court Opinion, 1/15/2020, at 2.

_____

[1] 75 Pa.C.S.A. § 3802(a)(1).

Regarding the appeal, Davis failed to file a Pa.R.A.P. 1925(b) statement, despite a court order directing him to do so. See Order, filed 2/27/2019. In so doing, he waived all issues on appeal. See Pa.R.A.P. 1925(b)(4)(vii); Commonwealth v. Lord, 719 A.2d 306, 309 (Pa. 1998). We therefore affirm. Even if he had filed a Rule 1925(b) statement, we would affirm, as Davis makes frivolous arguments on appeal that his judgment of sentence is somehow infirm because he "refuse[s] the office of the trustee" and "there is no corpus delicti...." Davis's Br. at 1.

Judgment of sentence affirmed.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 2/24/2020